IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-179-BR

| | | |
|---|---|---|
| SHELIA Y. CRUTHIRDS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COLONEL JEFFREY M. SANBORN, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |

This matter is before the court on plaintiff's *pro se* request for dismissal of this case. (DE # 50.) The government has not filed a response. Plaintiff's request is ALLOWED, and this case is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED as moot. The Clerk is DIRECTED to close this case.

This 10 June 2014.

                                                  */s/ W. Earl Britt*
                                                  W. Earl Britt
                                                  Senior U.S. District Judge